Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

April 5, 20 17

WILLIAM M. McCOOL, Clerk

_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KAREN STREET, <br> Defendant. | NO. CR17-106 TSZ <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1
### (Fictitious Financial Obligations)

On or about February 22, 2013, in the Western District of Washington and elsewhere, KAREN STREET, with intent to defraud, passed, uttered, presented, and offered a false and fictitious document, appearing, representing, purporting, and contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States by mailing or causing to be mailed to the U.S. Internal Revenue Service a fictitious money order in the face amount of $12,212.46 as payment for federal income taxes due and owing by her.

All in violation of Title 18, United States Code, Section 514.

## COUNT 2
### (Fictitious Financial Obligations)

On or about February 22, 2013, in the Western District of Washington and elsewhere, KAREN STREET, with intent to defraud, passed, uttered, presented, and offered a false and fictitious document, appearing, representing, purporting, and contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States by mailing or causing to be mailed to the U.S. Internal Revenue Service a fictitious money order in the face amount of $9,893.36 as payment for federal income taxes due and owing by her.

All in violation of Title 18, United States Code, Section 514.

A TRUE BILL:
DATED: 4·5·17
*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
SEUNGJAE LEE
Assistant United States Attorney