The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KAREN STREET,<br><br>Defendant. | NO. CR17-106 TSZ<br><br>**ORDER DISMISSING INDICTMENT** |

Upon motion of the government, docket no. 27, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court grants leave for the government to dismiss without prejudice the charges against Defendant Karen Street, specifically Count One and Two of the Indictment in the above-captioned case charging Defendant Karen Street with Presentation of Fictitious Financial Obligations in violation of Title 18, United States Code, Section 514, thereby terminating the prosecution against Defendant Karen Street.

The Status Hearing set for May 10, 2018, at 1:30 p.m. is STRICKEN.

IT IS SO ORDERED.

DATED this 4th day of May, 2018.

Thomas S. Zilly
United States District Judge

GOV'T MOTION TO DISMISS INDICTMENT
STREET/CR17-106TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/Seungjae Lee*
SEUNGJAE LEE
Assistant United States Attorney

GOV'T MOTION TO DISMISS INDICTMENT
*STREET/*CR17-106TSZ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970